**Mark E. RICHARDS, Plaintiff–
Appellant,**

v.

**Wendy K. BROWN, Manager, Court and
Legal Services Section, Virginia De-
partment of Corrections, sued individ-
ual and official capacity; Gary L.
Bass, Chief of Operations, Virginia
Department of Corrections, sued indi-
vidual and official capacity; Leslie
Ritenour, Legal Researcher, Court
and Legal Services Section, Virginia
Department of Corrections, sued indi-
vidual and official capacity, Defen-
dants–Appellees.**

No. 13–7180.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

**Phillip Antoine WOMACK,
Petitioner–Appellant,**

v.

**State of NORTH CAROLINA,
Respondent–Appellee.**

No. 13–7182.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 22, 2013.

Decided: Oct. 25, 2013.

Mark E. Richards, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark E. Richards appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing as frivolous his complaint and denying his motion submitted under Fed.R.Civ.P. 59. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richards v. Brown,* No. 3:11–cv–00426–REP, 2012 WL 4321446 (E.D.Va. Sept. 18, 2012; June 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*